UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CATHERINE CORTEZ, ET AL. | CIVIL ACTION NO. 6:15-CV-0467 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL W. NEUSTROM, ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motions to Dismiss (Docs. 16, 19, and 22) are GRANTED, the alternative Motion for More Definite Statement (Doc. 16) is DENIED as MOOT, and Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.

Signed at Monroe, Louisiana, this 9th day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE